RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
DAWN PENN
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Dawn_Penn@fd.org

Attorney for Francisco Javier Bonilla-Sanchez

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER BONILLA-SANCHEZ,<br>  aka "Javier Bonilla-Sanchez,"<br><br>Defendant. | Case No. 2:25-mj-000853-DJA<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Clay Plummer, Special Assistant United States Attorney, counsel for the United States of America, and Dawn Penn, Assistant Federal Public Defender, counsel for FRANCISCO JAVIER BONILLA-SANCHEZ that the Preliminary Hearing currently scheduled on March 11, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than March 17, 2026. This stipulation is entered into for the following reasons:

1.     Defendant has accepted a plea and is currently scheduled for a change of plea and sentencing hearing on March 17,  2026.

2.    Accordingly, the parties jointly request that the Court schedule the preliminary hearing in this case no sooner than March 17, 2026.

3.    Defendant is in custody and agrees to the extension.

4.    The parties agree to the extension of that deadline.

5.    This extension supports the public interest in the prompt disposition of criminal cases by permitting defendant to enter into a plea agreement under the United States Attorney's Office's fast-track program for § 1326 defendants.

6.    Accordingly, the additional time requested by this stipulation is allowed under Federal Rule of Criminal Procedure 5.1(d).

7.    In addition, the parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

8.    This is the second request for an extension of the deadlines by which to conduct the preliminary hearing.

DATED this 16 day of January, 2026

Respectfully submitted,

RENE VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

_/s/ Dawn Penn_
DAWN PENN
Assistant Federal Public Defender
Counsel for Defendant
FRANCISCO JAVIER BONILLA-SANCHEZ

_/s/ Clay Plummer_
CLAY A PLUMMER
Special Assistant United States Attorney

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-000853-DJA |
| Plaintiff, | |
| v. | **Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |
| FRANCISCO JAVIER BONILLA-SANCHEZ, aka "Javier Bonilla-Sanchez," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the 11th day of March, 2026 at the hour of 4:00 p.m., be vacated and continued to **March 30, 2026, at 4:00 p.m.**

DATED this 16th day of January, 2026.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4